AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

**Thomas Williams,** *individually and on behalf of* D.W.; *on behalf of* J.W.; *on behalf of* M.W.; *on behalf of* O.W.; *on behalf of* Q.W. *TERMINATED: 02/07/2018;*

**Janet Williams,** *individually and on behalf of* D.W.; *on behalf of* J.W.; *on behalf of* M.W.; *on behalf of* O.W.; *on behalf of* Q.W.;

**D. W.** *next friend* Janet Williams;

**J. W.** *next friend* Janet Williams;

**O. W.** *next friend* Janet Williams;

**M. W.** *next friend* Janet Williams;

**Q. W.** *next friend* Janet Williams,

       Plaintiffs,

       v.   Case No. 2:17-cv-164

**Indiana Department of Child Services** ;

**Jeffrey Tinich**
*in his individual capacity;*

**Ellise Dumas**
*in his official capacity as Director of*
*Lake County Office of Indiana Department of Child Services*
*TERMINATED: 02/02/2018* ;

**Ellis Dumas**
*in his official capacity,*

       Defendants.

# JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff _____
recover from the defendant _____ the amount of _____
dollars $_____, which includes prejudgment interest at the rate of _____% plus post-judgment interest at the rate of _____ % along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

**X** Other:   The Court DISMISSES WITH PREJUDICE Counts I–XI as to Defendant DCS; DISMISSES WITHOUT PREJUDICE Counts I–VI, VIII–XI as to Defendant Dumas;  DISMISSES WITHOUT PREJUDICE Counts I–VI, VIII–XI as to Defendant Tinich; and DISMISSES WITH PREJUDICE Count VII as to Defendants Dumas and Tinich.   The Plaintiffs' Second Amended Complaint is thus DISMISSED.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided  by Chief Judge   Theresa L. Springmann on Defendants' Motion to Dismiss   .


DATE:   July 10, 2019            ROBERT TRGOVICH, CLERK OF COURT


                                 By:   s/K. Pflueger
                                       Signature of Clerk or Deputy Clerk